MICHAEL W. STEBBINS, SBN 138326
MARC G. VAN NIEKERK, SBN 201329
SILICON VALLEY LAW GROUP
50 W. San Fernando Street, Suite 750
San Jose, CA 95110
Telephone:  (408) 573-5700
Facsimile:   (408) 573-5701
Email:  mws@svlg.com; mvn@svlg.com

Attorneys for Defendant
YANA ALBRECHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAN ALBRECHT, <br><br> Plaintiff, <br><br> vs. <br><br> YANA TKACHENKO d/b/a YANA ALBRECHT, <br><br> Defendant. | Case No.:  CV 14-05442 VC <br><br> [~~PROPOSED~~] **ORDER ON DEFENDANT YANA ALBRECHT'S ADMINISTRATIVE MOTION TO INCREASE PAGE LIMITS** |

Pursuant to Civil Local Rules, Rule 7-11, Defendant Yana Albrecht ("Defendant") filed an administrative motion to file a motion to dismiss pursuant to Fed. R. Civ. Pro., Rule 12(b)(6) in excess of the 15 page limit set forth in Judge Vince Chhabria's standing order for civil cases.

The Court has considered the motion and all papers filed for and in opposition to the motion, including any oral argument of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Defendant's administrative motion is GRANTED;

IT IS SO ORDERED.

Dated: __February 6_____, 2015    _____
United States District Court Judge