United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAN ALBRECHT,

    Plaintiff,

v.

YANA TKACHENKO,

    Defendant.

14-cv-05442-VC

**JUDGMENT**

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant. The defendant may file a motion for attorneys' fees and costs within 14 days. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
VINCE CHHABRIA
United States District Judge