UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN ALBRECHT,<br>        Plaintiff,<br><br>v.<br><br>YANA TKACHENKO,<br>        Defendant. | Case No. 14-cv-05442-VC<br><br>**ORDER**<br>Re: Doc. Nos. 33, 34 |

In light of the defendant's acknowledgment that the plaintiff has paid the judgment in full, the order to show cause is denied as moot. The hearing and all pending deadlines are vacated.

**IT IS SO ORDERED.**

Dated: May 20, 2015

_____
VINCE CHHABRIA
United States District Judge